UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Kofi Antwi-Boasiako and Grace K. Antwi-Boasiako<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   21-02388<br><br>Chapter:  13<br>Honorable Jacqueline P Cox |

**AGREED ORDER ON MOTION TO MODIFY AUTOMATIC STAY FILED BY U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE BUNGALOW SERIES III TRUST AS TO PROPERTY LOCATED AT 22131 MEADOW LAKE PLACE, RICHTON PARK, IL 60471-1333**

This matter having come before the Court upon the Motion to Modify Automatic Stay filed herein by the secured creditor, U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust, ("Movant") and it appearing to the Court that parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant:

1. The Chapter 13 plan filed herein on behalf of the Debtors provided that said Debtors were to make regular monthly payments to Movant outside of the Plan in a regular monthly fashion regarding property located at 22131 Meadow Lake Place, Richton Park, IL 60471-1333 ("Property").

2. In breach of the terms of said Plan, the debtors failed to make certain of the regular monthly payments to Movant; said payments were in default for the months of January 1, 2022 through April 1, 2022 in the amount of $2,457.93 each and fees and costs of $1,238.00 for a total of $9,649.02 which includes a suspense balance of $1,420.70.

3. The Debtors submitted payments after the filing of the Motion to bring the monthly payments current and due for May 1, 2022. The attorney fees in costs are currently due and owing in the amount of $1,238.00. In order to eliminate the remaining fees and costs, Movant will file a Supplemental Proof of Claim in the amount of $1,238.00 to be paid by the Chapter 13 Trustee. Movant will file the Supplemental Claim within thirty (30) days this Order.

4. The regular monthly payment will resume with the May 1, 2022 payment in the amount of $2,155.86.

5. All payments, stipulated and ongoing monthly payments, are to include the Debtors' account number and should be sent to:

SN Servicing Corporation
Bungalow Series III Trust
PO Box 660820
Dallas, TX 75266-0820

6. In the event that said Debtors should fail to make any of the lump sum payments herein

described on or before their specified due dates, or should the Debtors fail to pay any future monthly payment so that said payment is not received by Movant by the day upon which it is contractually due, then, or in either of those events, Movant shall give fourteen (14) days' notice to Debtors counsel and to the Debtors; and thereafter Movant shall file a Notice of Stay Modification with the Court and upon submission of said notice, without further hearing, the stay shall be automatically terminated providing Movant with relief from stay.

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

/s/ Martin J. O'Hearn
Martin J. O'Hearn
Law Offices of Martin J. O'Hearn
10047 S. Western Ave
Chicago, IL 60643
Phone: 773.238.4400
Fax: 773.238.8065
martinohearnlaw@sbcglobal.net

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox

Dated:  April 25, 2022

United States Bankruptcy Judge